KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  kirsten.milton@jacksonlewis.com

*Attorney for Defendants*
*Travel & Leisure Co.*
*Wyndham Worldwide Operations Inc. and*
*Wyndham Vacation Ownership*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KLALEH J. PARKER, an individual, | Case No. 2:25-cv-00354-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| TRAVEL & LEISURE CO.; WYNDHAM WORLDWIDE OPERATIONS INC.; WYNDHAM VACATION OWNERSHIP; AND DOES 1-10 and ROE ENTITIES 1-10, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Klaleh J. Parker ("Plaintiff"), by and through her counsel, F. Travis Buchanan, Esq., & Assoc., PLLC, and Defendants, Travel & Leisure Co., Wyndham Worldwide Operations Inc. and Wyndham Vacation Ownership ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have an additional two-week extension up to and including **July 17, 2025**, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.    The current deadline to respond to the Complaint is July 3, 2025. (ECF No. 25).

2.    Defendants are still in the process of investigating Plaintiff's allegations which include significant monetary damages, including, punitive damages.

3. The Parties have agreed to an additional two-week extension of the deadline for Defendants to file their response to Plaintiff's Complaint to July 17, 2025, to allow Defendants sufficient time to address the allegations within the Complaint.

4. This is the second stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

5. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 3rd day of July, 2025.

| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ F. Travis Buchanan*<br>F. Travis Buchanan, Bar # 2398<br>701 E. Bridger Ave., Suite 540<br>Las Vegas, NV 89101 | */s/ Kirsten A. Milton*<br>Kirsten A. Milton, Bar # 14401<br>300 S. Fourth St., Suite 900<br>Las Vegas, Nevada 89101 |
| Alvin L. Pittman, *Admitted Pro Hac Vice*<br>California Bar No. 127001<br>5777 W. Century Blvd., Suite 1685<br>Los Angeles, CA 90045-5678 | *Attorney for Defendants*<br>*Travel & Leisure Co.*<br>*Wyndham Worldwide Operations Inc. and*<br>*Wyndham Vacation Ownership* |
| *Attorneys for Plaintiff*<br>*Klaleh J. Parker* | |

**ORDER**

IT IS SO ORDERED.

_____
United States District/Magistrate Judge

Dated: 7-3-25