KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com

*Attorney for Defendants*
*Travel & Leisure Co.*
*Wyndham Worldwide Operations Inc. and*
*Wyndham Vacation Ownership*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KLALEH J. PARKER, an individual, | Case No. 2:25-cv-00354-MMD-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION CONFERENCE** |
| vs. | |
| TRAVEL & LEISURE CO.; WYNDHAM WORLDWIDE OPERATIONS INC.; WYNDHAM VACATION OWNERSHIP; AND DOES 1-10 and ROE ENTITIES 1-10, inclusive, | **SECOND REQUEST** |
| Defendants. | |

Plaintiff Klaleh J. Parker ("Plaintiff"), by and through her counsel, F. Travis Buchanan, Esq., & Assoc., PLLC, and Defendants, Travel & Leisure Co., Wyndham Worldwide Operations Inc. and Wyndham Vacation Ownership ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., request that the Early Neutral Evaluation ("ENE") conference scheduled for October 10, 2025, at 10:00 a.m. PST with United States Magistrate Judge Daniel Albregts be vacated until the Court rules on the Defendants' pending Motion to Dismiss. The stipulation is based on the following:

1.      On July 16, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint, seeking dismissal of prejudice of Plaintiff's claims because they are time barred (ECF No. 28).

2.      On July 30, 2025, Plaintiff filed her Response to Defendants' Motion to Dismiss, (ECF No. 29), and Defendants filed their Reply on August 6, 2025 (ECF No. 30).

3.    On August 12, 2025, the Court entered an order scheduling this matter for an ENE before Judge Albregts on October 10, 2025. (ECF No. 31).

4.    To date, the Court has not ruled on the pending Motion to Dismiss.

5.    The Parties agree that the Motion to Dismiss is potentially dispositive of the entire case.

6.    Until the Motion to Dismiss is decided, the ENE will not be a productive or efficient use of the Court's or Parties' time. Further, vacating the ENE until the Court rules on Defendants' Motion to Dismiss will allow the Parties to conserve resources and costs for ENE preparation and attendance.

7.    The Parties filed a Stipulation to Stay Discovery and Vacate the Early Neutral Evaluation Session (ECF No. 32) on September 30, 2025, which was denied without prejudice.

8.    This stipulation is made in good faith, not for the purpose of delay, and will not prejudice either party.

Dated this 1st day of October, 2025.

F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC

JACKSON LEWIS P.C.

/s/ F. Travis Buchanan
F. Travis Buchanan, Bar # 2398
701 E. Bridger Ave., Suite 540
Las Vegas, NV 89101

/s/ Kirsten A. Milton
Kirsten A. Milton, Bar # 14401
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

Alvin L. Pittman, *Admitted Pro Hac Vice*
California Bar No. 127001
5777 W. Century Blvd., Suite 1685
Los Angeles, CA 90045-5678

*Attorney for Defendants*
*Travel & Leisure Co.*
*Wyndham Worldwide Operations Inc. and*
*Wyndham Vacation Ownership*

*Attorneys for Plaintiff*
*Klaleh J. Parker*

### ORDER

IT IS SO ORDERED.  The ENE scheduled for October 10, 2025 is VACATED and will not be reset.  IT IS FURTHER ORDERED that the Clerk of Court kindly remove the undersigned as the settlement judge and terminate the ENE flag.

DATED: 10/3/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE