Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com

Attorneys for Defendants
*Travel & Leisure Co.*
*Wyndham Destinations Inc.*
*Wyndham Worldwide Corporation*
*Wyndham Vacation Ownership*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KLALEH J. PARKER, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>TRAVEL & LEISURE CO.; WYNDHAM DESTINATIONS INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP; AND DOES 1-10 and ROE ENTITIES 1-10, inclusive,<br><br>       Defendants. | Case No. 2:25-cv-00354-MDC<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff Klaleh J. Parker ("Plaintiff"), by and through her counsel, F. Travis Buchanan, Esq., & Assoc., PLLC, and Defendants, Travel & Leisure Co., Wyndham Destinations Inc., Wyndham Worldwide Corporation and Wyndham Vacation Ownership ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have an additional three-week extension up to and including **March 30, 2026**, in which to file their response to Plaintiff's First Amended Complaint. This Stipulation is submitted and based upon the following:

1.     The current deadline to respond to the First Amended Complaint is March 9, 2026. (ECF No. 41).

2.     Defendants are still in the process of investigating Plaintiff's allegations which include significant monetary damages, including, punitive damages, and date back almost 20 years.

JACKSON LEWIS P.C.
LAS VEGAS

3.     The Parties have agreed to an additional three-week extension of the deadline for Defendants to file their response to Plaintiff's First Amended Complaint to **March 30, 2026**, to allow Defendants sufficient time to address the allegations within the Amended Complaint.

4.     The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

5.     This Stipulation is made in good faith and not for the purpose of delay.  Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 4th day of March, 2026.

F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC

JACKSON LEWIS P.C.

/s/ F. Travis Buchanan
F. Travis Buchanan, Bar # 2398
701 E. Bridger Ave., Suite 540
Las Vegas, NV 89101

/s/ Kirsten A. Milton
Kirsten A. Milton, Bar # 14401
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

Alvin L. Pittman, *Admitted Pro Hac Vice*
California Bar No. 127001
5777 W. Century Blvd., Suite 1685
Los Angeles, CA 90045-5678

*Attorney for Defendants*
*Travel & Leisure Co., Wyndham Destinations Inc.,*
*Wyndham Worldwide Corporation and Wyndham*
*Vacation Ownership*

*Attorneys for Plaintiff*
*Klaleh J. Parker*

**ORDER**

IT IS SO ORDERED.

_____
United States District/Magistrate Judge

Dated: 3-11-26

4915-6331-6115, v. 3